# United States District Court

FOR THE DISTRICT OF MASSACHUSETTS

PAUL NAGY, PRO SE,

Plaintiff

V.

ALAN M. DERSHOWITZ,

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 05-11564 WGY

I, Paul Nagy, Pro Se, declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [x] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Federal Medical Center, Butner, North Carolina

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [x] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      April 2001          $16.00 per month          Worked in the kitchen at said Center

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [x] No
   b. Rent payments, interest or dividends            [ ] Yes   [x] No
   c. Pensions, annuities or life insurance payments  [ ] Yes   [x] No
   d. Disability or workers compensation payments     [ ] Yes   [x] No
   e. Gifts or inheritances                           [ ] Yes   [x] No
   f. Any other sources                               [ ] Yes   [x] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

Date: 06/10/2005
Time: 11:07:27 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: BUH

**Start Date:** 10/01/2004
**End Date:** 09/30/2005
**Inmate Reg#:** 37895054
**Account Status:** All
**Institution:** All

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 37895054 | Living Quarters: | E02-136L |
| Inmate Name: | NAGY, PAUL | Arrived From: | |
| Current Site Name: | Butner FMC | Transferred To: | |
| Housing Unit: | MENT HLTH | Account Creation Date: | 8/8/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| Total Transactions: | | 0 | | Totals: | | $0.00 | $0.00 | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BUH | $0.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.14 |
| **Totals:** | **$0.14** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.14** |

Page 1