UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

**PAUL NAGY, PRO SE,**
Plaintiff,

No.______________14

v.

**CIVIL RIGHTS ACTION**
**UNDER 42 U.S.C. § 1983**

**ALAN M. DERSHOWITZ,**
Defendant.

---------------------------------X

05-11564WGY

Referred to MJ The Alexander

Paul Nagy, Pro Se, Plaintiff, hereby bringing this **Civil Rights Action under § 1983 against the Defendant, Alan M. Dershowitz, Law Professor, Harward Law School, 1575 Massachusetts Avenue, Cambridge, MA 02138, for the following reasons:**

1. The Plaintiff is presently confined at the Federal Medical Center, Butner, North Carolina, under 18 U.S.C. § 4246, which is an **indefinite commitment to,** and he was committed under said statute and section 2 times in between 3/00 and 7/02, but both commitments were **terribly fraudulent, politically motivated, because his case is a very political one, being entrapped into the crime still facing here by the U.S. on 9/7/95 in his apartment in New York City where he was living then.** And besides said commitments above, he prior to it was committed to said Center 3 times temporarily, under § 4241(d), which also were **fraudulent commitments to,** and because of the then already even **overwhelming massive cover up of his case by the U.S. already then initially, included in it then 3 court-appointed attorneys in the Southern District of New York, which was then his trial court, as it still is even now currently, and also the U.S. Government, which then initially had fabricated**

both his mental illness and incompetency to stand trial also, and based on it then it was able to deprive him from his right to a speedy trial, and because of said cover up, including by said court, not to mention the rest of his court-appointed attorneys (8) who were being appointed later by 3 different courts (2d & 4th Cirs., and the EDNC, which is his committing court with said indefinite commitments only and now being held here under its jurisdiction), altogether 11 attorneys, all of whom were deliberately covering up the above together with the severe abuses and tortures being done against him by the Center in many forms in retaliation for his massive pro se filings against said commitments now altogether in 9 courts (6 District Courts, 2 Appeals Courts & the Supreme Court), but because of said continued cover up in his case he has never ever received any relief, though there are 4 courts in which still are pending his civil rights actions filed in regard with the above, but because of the ongoing massive bias and prejudice towards him he is hopeless now after all that, now with a lot of damages done to him by the Center now for over more than 7 years since his first commitment to of 9/96, amongs which are: heart, kidney, stomach, and etc. conditions, being now completly flooded with pains allover of his body, suffering more than a Martyr of Martyrs, it is now a miracle of miracle that he is still alive, being here in an Imminent Danger in a continuous basis for said reasons above and also in the herein attached copy of his Tragic Case-Story which very much reflect the said cover up, and also his Very Tragic Emigration from Romania in 1981 that hardly had survived then, and soon after his immigration to this country, the U.S., had become

a Victim of a False Suspicion that he Might Very Well Be a Communist Spy though he was never ever none of that, but then despite of it, based on that baseless suspicion he was being Very Mistreated here in the U.S., which not only had damaged his career then but it had also, later on said date, Entrapped him into the crime which he is still facing here at said Center to where he should never ever have been committed for no time at all, and as for that matter to no anyother medical center, for the reasons stated herein above and also in in said Story, a copy of which he did send to the Defendant on 4/8/04, to which his office had, on 5/10/04, answered with a post-card, therein stating, among others, that: Unfortunately, Prof. Dershowitz is no longer able to review or accept unsolicited legal cases. And then he had also sent a short letter with, therein updating the Defendant about the still ongoing danger he was facing then here, as it is still ongoing even now currently, then giving an example of 2 Assaults and thereafter, because of the massive cover up of his Complaints of here up to the Warden (Beeler), then he was being Attempted to be Assaulted several more times by the same black inmate who did the 2 Assaults, and that there have been several other Attempts against him by other inmates, too, to even murder him, which, of course, were a part of the mass conspiracy against him to murder him for said reasons.

2. And therefter, the Plaintiff had, on 5/23/04, sent another letter to the Defendant, therein stressing the much more High Profile nature of his case as result of said continuous cover up of, and that also his sexuality was drawn into question here that as to whether is he a gay or a straight man, and just because he did

not suck up to the women then, as he doesn't do it now either, it was used as an excuse against him that he is a gay man, though he was never ever a gay, but then he had become a Victim of a Malicious Lies, from both parts: prisoners and prison officials, too, that he is gay, and masturbate, and as such he is a pervert for which he should be: supervised, medicated, castrated, prosecuted, irritated, ridiculed, executed, etc., all that having been amounted to even equally, or even more Tragic, than the Iraqi prisoners' abuses did by the U.S. Military, which have been gotten a lot of attention in the Media and also in the U.S. Congress, too, but in contrast to he did never ever get any attention from no part, including, of course, the Defendant, who did make some comments, about in 5/04 (or so), on CNN in regard with the Iraqi prisoners' abuses, and not to mention President Bush, to whom he had been, in between 8/01 and 5/04, sent 3 letters in regard with the above, had been apologized to said abuses through the Media but his complaints not only was not mentioned by but he did never ever get an answer to or at least to have had any resolution to, just to the contrary, he was being more and more abused here in many forms, having been continued the labelings of him that he is: gay, masturbate, pervert, nobody, fake, morbid, etc., being it associated with malicious suggestions that he should be: castrated, medicated, etc., and that also being chanted allover here that: irritate him, ridicule him, he should not be tolerated, suicide, etc. Which together with the rest of many like the above, because this is just a very tip of the iceberg of his whole story, but just the above with the attached case-story of his, very much reflect a Holocaust Type of Tragedy,

**and it is very much comparative with the S.Hussein's Death-Camp, which should realy be exposed even publicly as urgent as possible till he is still alive here at said Center, where he is being put through that long of hell of hell, but since his immigration to the U.S. of 3/24/82, now altogether more than 23.3 years, in both his civil and prison lives, too, being made a Scape-Goat by the U.S. then already soon after his immigration to, and it has been kept him as such since, and even now currently, because it needed one to take the blame, shame, and pain for just everyone here at the Center, not to mention the Government up to the President, Mr. Bush, and all this is being deliberately covered up by the Defendant, for which a judgment should be entered by this Court agains him, and though the amount will** be **high but it is not only about money but also about Principles, Human Rights, and Justice, too.**

For the above stated reasons,the Plaintiff hereby respectfully requests this Court to **Enter a Judgment Against the Defendant as follows: 400 Millions of Dollars for Compensatory Damages, and 100 Millions of Dollars for Punitive Damages.**

**WHEREFORE,** the Plaintiff hereby respectfully requests that this **Civil Rights Action be granted as Urgent as possible till his is still alive here at said Center.**

Dated: July 12 2005

Respectfully submitted

[signature]

PAUL NAGY, PRO SE
Plaintiff
Fed.Reg.#37895-054
Federal Medical Center
P.O. Box 1600
Butner, NC 27509-1600

To Mr. Jeff Bromme, Esq. 11
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1206

January 20, 2004

Re: No. 03-6736, Nagy v. FMC Butner
CA-02-922-5-BO

Dear Mr. Bromme:

This is in reference to our recent conversation (1/12) in regard with my case, in which you told me, among others, that you did not receive my letter of 12/23/03, enclosed with the "agreement letter signed and dated," and have suggested that you are going to send another one, which, of course, you did that I received on 1/15 which I am returning to you now eclosed with this letter.

And as you may recall, at said converastion, I did brief you about the content of that letter that, among others, I would have a much larger case than what you just handling now for me, which is "a multi-million-dollar case for damages" and I would like to see if you would undertake this, too, to which you said about this: "first you would like to see it." So here it is this letter in which I am going to describe it here again since you didn't receive the first one, and it is the following:

On 3/24/82 I did immigrate, by the organization of the Catholic Charities, to this country, the U.S., from a refugee camp of Austria, and then I spoke no English at all. Having been emigrated from Romania in 1981, being a Hungarian Nationality from. And because then Romania was still under the Communism so then my emigration from was "much too tragic that hardly I did survive then because of the persecution and harassment of the government of me there for my repeated requests for a free emigration to the U.S.." And then even "my relatives were being harassed there for me," and etc.

Then the "Romanian tragedy I did survive somehow, including, of course, the 6 months tragedy in the refugee camp thereafter," but in no way I did expect another one here in the U.S., "but, unfortunately, that's what I did get here, too, and even worst," which, of course, later had led to a crime for which I am being held here at this Federal Medical Center as a mentally ill, incompetent, and dangerous person which, of course, "is not true at all because all that had already been fabricated against me initially by the U.S. Government for its own benefits, interests, and convenience because of the nature of my case which is a very political one, and it has been having a lot to cover up already at the beginning of my arrest of 9/7/95, and the followings have been unfolded since then to date:

At my arrival on said date in Chicago. I was greeted by a Romanian priest and a woman from the Cath. Charities of Gary, In., and during our trip to the priest's rectory in East Chicago, In., I was asked, through the priest in romanian (because then I was still speaking in romanian language), by the woman about the nature of my emigration from Romania, which then I did detail like above and more. And after we did arrive to the priest's rectory then I was told by the woman that: "the priest will be your sponsor until I learn the English and get a job." But, of course, it didn't happen in that way, because several days later I was asked by the priest that: "would you like to move to a Hungarian priest who is not far from me, because he is younger than me and has better conditions for you there at his rectory, including learing the English." And then, of course, I did agree with him and had moved to the Hungarina priest, which was about in April of 1982. And soon after I did move to, he was asking me about my emigration from Romania which, of course, I did detail it to because I had nothing to hide. But after I did explain to "my very tragic emigration from Romania and having been expressed the U.S. Government's sympathy for if he did contact it in my behalf, then from then he had become "very suspicious of me and had started to suspect me as a very possible Communist Spy which later down the road had been causing to me only

problems." So instead of having had any benefits from it, as I did think then that it will, "it did fire back to me very tragically from which I am suffering even now the consequences terribly because that had been a reason, among the many others, for being severely harassed wherevere I had been living in the 3 States: In., Ill., and Ny., in between the dates of my immigration and arrest."

Of course, because of the above "I had been massively complaining all over to the: Loco. State, and Federal Governments, not to mention the U.S. Congress (the mass of it) many Attorneys (Privet and Legal Aids, and Legal Services), the Mass Media (numerous Tv. & Radio Stations, and News Papers, and etc.), and not to mention the 4 Presidents of the U.S., from Carter to Cliton before my arrest, and after that one more time to Clinton and later to the present one, Mr. Bush, but, unfortunately, all my complaints were ignored massively by all of the above, etc." So then the even "life threatening harassments" on said date did lead to the crime then which am still facing here.

Of course, then soon after my arrest "I was found mentally ill and incompetent for trial which, of course, was not true at all because both was the U.S. Government's fabrication against me so that it be able to secure my commitment to here, this Medical Center, for its own interests, benefits, and convenience, because then already it had a lot to hide in my case for its political nature and that I was entrapped into the crime."

Since my arrest I was appointed altogether 7 court-appointed attorneys, 5 in the New York courts (where my case had originated), and 2 here in North Carolina where I was committed 2 times indefinitely as a dangerous person "by a terrible fraud, of course." And because all my court-appointed attorneys were not only "ineffective but they all were very corrupt to me," because they all were working for the Government, so then I was compelled to file myself the papers with the courts, altogether 6, of course, including the U.S. Supreme Court, against my fraudulent commitments, having been also used civil rights actions (altogether 9 since my incarceration, including the one you are handling now) as a leverage to cause to collapse the commitment but, unfortunately, nothing has come out from because of the even "overwhelming massive cover up of my case," and besides getting no any relief from none of my filings from no court, the Supreme Court had, by an order dated 5/15/00, barred me for abuse of process which, of course, I considered very corrupt from its part because it, too, among the many others, did encourage the Medical Center to do whatever it wants with me, to even "abuse me," and it has been doing just that now for almost 6 years since my commitment to, "as a result it has been labeled me, among others, a: scum, gay, pervert, nobody, fake, morbid, etc., and having been made malicious suggestions that I should be: medicated (which I was already soon after my first commitment of 9/96), castrated (which also I was from the side-effects of the strong psychotropic medications, but they wanted it surgically, too, just cripple me in retaliation against me for my filings, as they still do want it even now though I am not even anymore sexually active because of the above and that now I am over 57 years of age but they wouldn't care of because of my fights), amputated, shot, suicide (because they wish I did commit it a long time ago so that to be able to completly cover up my case) executed, and etc." And to all this many inmates have been joined, "having been snitched at by many of them, and being lied by many of them that they saw me masturbating which, of course, was, as it still is, being used against me as being a sexual pervert gay, whereas I am no gay and never was." and as far as "the masturbation concerns they, the staff, at the Center, did intentionally put in my room (a 2-men room) black inmates who were realy masturbating but they were turnig it against me," as they still do it even now currently because I have now, too, a black inmate who has been now my roommate for more than 1 year "though I did make requests to move him out, or to move me in a single room, but they did none of even though I am having a heart-condition which I got it from 2 heart-attacks in 7/01 from the multiple abuses done against me for years, and not to mention the several other health conditions, too, including a brain-aneurysm, kidney, stomach, impotency, and etc." And besides here "has already been several assassination attempts against me several times within 2 years, both by inmates and prison officials, too, for said reasons," and any time "I complained of I used to be told, mainly by my primary doctor (who is a staff psychiatrist here and working for the Government and not for me, of course), that I am delusional and paranoid, so I have no place to turn to for help at all because of the much to massive cover up of my case," having been in an imminent danger here now for years but now currently even much more for said conditions," so "I would need your urgent help and it should be a publicity of this very tragic case-story as urgent as possible before I get even murdered here, now when I am suffering even more than a martyr of martyrs, and it is many times

a miracle of miracles that I am still alive after all that, being compelled to live here with many crooked, corrupt, perverted, rotten, murderous, and even dangerous prison officials and prisoners as a very honest and innocent person which should even be exposed to the whole world because there never ever was a tragedy like this one."

In closing, this would be in a nutshell, but there will be more if you will show interest in it, which I do hope you will and will inform me of soon, or even before that you would rather seek an urgent publicity for for said reasons.

Sincerely,

Paul Nagy
Fed.Reg.#37895-054
Federal Medical Center
P.O. Box 1600
Butner, NC 27509-1600

P.S. I would like to note here that: "because of said mistreatments soon after my immigration to the U.S., it had damaged my careers: because I wanted to work in the U.S. Government, or be an Attorney, or a News Media Reporter or even an Anchorman, or an Opera Singer that Romania had denied to me because of my Nationality." So because of the above "I couldn't develope none of those careers, but what I am surviving here, in both my civil and prison lives, too, because said abuses and tortures here in the U.S., now almost 22 years since my immigration to, it took much more intelligence to survive it than any of those careers would have, so, therefore, I am not a nobody as I am being here, among others, labeled, and, of course, none of the other lables do fit to me either, so just that could make a multi-million-dollar claim against the U.S., you tell me if not!

And one more important thing, which is: "please, anytime you sending me anything in the mail, write on the envelope: Legal Mail, To Be Opened Only In The Presence Of The Inmate." As you did it with your first mail to me but not with the last one. And anytime you do it like that, in order to qualify as a legal mail, it also has to bear your correct name and not only your firm, you can leave the firm out but your name. Thank you for your attention to this matter, too.

Office of Alan Dershowitz
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138

Paul Nagy
Fed. Reg. #37895-054
Federal Mdical Center
POB 1600
Butner, NC 27509-1600

26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
----------------------------------X
**PAUL NAGY, PRO SE,**
Plaintiff,

No.__________________

v.

CIVIL RIGHTS ACTION
UNDER 42 U.S.C. § 1983

**ALAN M. DERSHOWITZ,**
Defendant.
----------------------------------X

05-11564WGY

Paul Nagy, Pro Se, Plaintiff, hereby bringing this **Civil Rights Action under § 1983 against the Defendant, Alan M. Dershowitz, Law Professor, Harward Law School, 1575 Massachusetts Avenue, Cambridge, MA 02138, for the following reasons:**

1. The Plaintiff is presently confined at the Federal Medical Center, Butner, North Carolina, under 18 U.S.C. § 4246, which is an **indefinite commitment to,** and he was committed under said statute and section 2 times in between 3/00 and 7/02, but both commitments were **terribly fraudulent, politically motivated, because his case is a very political one, being entrapped into the crime still facing here by the U.S. on 9/7/95 in his apartment in New York City where he was living then.** And besides said commitments above, he prior to it was committed to said Center 3 times temporarily, under § 4241(d), which also were **fraudulent commitments to,** and because of the then already even **overwhelming massive cover up of his case by the U.S. already then initially, included in it then 3 court-appointed attorneys in the Southern District of New York, which was then his trial court, as it still is even now currently, and also the U.S. Government, which then initially had fabricated**

both his mental illness and incompetency to stand trial also, and based on it then it was able to deprive him from his right to a speedy trial, and because of said cover up, including by said court, not to mention the rest of his court-appointed attorneys (8) who were being appointed later by 3 different courts (2d & 4th Cirs., and the EDNC, which is his committing court with said indefinite commitments only and now being held here under its jurisdiction), altogether 11 attorneys, all of whom were deliberately covering up the above together with the severe abuses and tortures being done against him by the Center in many forms in retaliation for his massive pro se filings against said commitments now altogether in 9 courts (6 District Courts, 2 Appeals Courts & the Supreme Court), but because of said continued cover up in his case he has never ever received any relief, though there are 4 courts in which still are pending his civil rights actions filed in regard with the above, but because of the ongoing massive bias and prejudice towards him he is hopeless now after all that, now with a lot of damages done to him by the Center now for over more than 7 years since his first commitment to of 9/96, amongs which are: heart, kidney, stomach, and etc. conditions, being now completly flooded with pains allover of his body, suffering more than a Martyr of Martyrs, it is now a miracle of miracle that he is still alive, being here in an Imminent Danger in a continuous basis for said reasons above and also in the herein attached copy of his Tragic Case-Story which very much reflect the said cover up, and also his Very Tragic Emigration from Romania in 1981 that hardly had survived then, and soon after his immigration to this country, the U.S., had become

a Victim of a False Suspicion that he Might Very Well Be a Communist Spy though he was never ever none of that, but then despite of it, based on that baseless suspicion he was being Very Mistreated here in the U.S., which not only had damaged his career then but it had also, later on said date, Entrapped him into the crime which he is still facing here at said Center to where he should never ever have been committed for no time at all, and as for that matter to no anyother medical center, for the reasons stated herein above and also in in said Story, a copy of which he did send to the Defendant on 4/8/04, to which his office had, on 5/10/04, answered with a post-card, therein stating, among others, that: Unfortunately, Prof. Dershowitz is no longer able to review or accept unsolicited legal cases. And then he had also sent a short letter with, therein updating the Defendant about the still ongoing danger he was facing then here, as it is still ongoing even now currently, then giving an example of 2 Assaults and thereafter, because of the massive cover up of his Complaints of here up to the Warden (Beeler), then he was being Attempted to be Assaulted several more times by the same black inmate who did the 2 Assaults, and that there have been several other Attempts against him by other inmates, too, to even murder him, which, of course, were a part of the mass conspiracy against him to murder him for said reasons.

2. And therefter, the Plaintiff had, on 5/23/04, sent another letter to the Defendant, therein stressing the much more High Profile nature of his case as result of said continuous cover up of, and that also his sexuality was drawn into question here that as to whether is he a gay or a straight man, and just because he did

not suck up to the women then, as he doesn't do it now either, it was used as an excuse against him that he is a gay man, though he was never ever a gay, but then he had become a Victim of a Malicious Lies, from both parts: prisoners and prison officials, too, that he is gay, and masturbate, and as such he is a pervert for which he should be: supervised, medicated, castrated, prosecuted, irritated, ridiculed, executed, etc., all that having been amounted to even equally, or even more Tragic, than the Iraqi prisoners' abuses did by the U.S. Military, which have been gotten a lot of attention in the Media and also in the U.S. Congress, too, but in contrast to he did never ever get any attention from no part, including, of course, the Defendant, who did make some comments, about in 5/04 (or so), on CNN in regard with the Iraqi prisoners' abuses, and not to mention President Bush, to whom he had been, in between 8/01 and 5/04, sent 3 letters in regard with the above, had been apologized to said abuses through the Media but his complaints not only was not mentioned by but he did never ever get an answer to or at least to have had any resolution to, just to the contrary, he was being more and more abused here in many forms, having been continued the labelings of him that he is: gay, masturbate, pervert, nobody, fake, morbid, etc., being it associated with malicious suggestions that he should be: castrated, medicated, etc., and that also being chanted allover here that: irritate him, ridicule him, he should not be tolerated, suicide, etc. Which together with the rest of many like the above, because this is just a very tip of the iceberg of his whole story, but just the above with the attached case-story of his, very much reflect a Holocaust Type of Tragedy,

and it is very much comparative with the S.Hussein's Death-Camp, which should realy be exposed even publicly as urgent as possible till he is still alive here at said Center, where he is being put through that long of hell of hell, but since his immigration to the U.S. of 3/24/82, now altogether more than 23.3 years, in both his civil and prison lives, too, being made a Scape-Goat by the U.S. then already soon after his immigration to, and it has been kept him as such since, and even now currently, because it needed one to take the blame, shame, and pain for just everyone here at the Center, not to mention the Government up to the President, Mr. Bush, and all this is being deliberately covered up by the Defendant, for which a judgment should be entered by this Court agains him, and though the amount will be high but it is not only about money but also about Principles, Human Rights, and Justice, too.

For the above stated reasons, the Plaintiff hereby respectfully requests this Court to **Enter a Judgment Against the Defendant as follows: 400 Millions of Dollars for Compensatory Damages, and 100 Millions of Dollars for Punitive Damages.**

**WHEREFORE,** the Plaintiff hereby respectfully requests that this **Civil Rights Action be granted as Urgent as possible till his is still alive here at said Center.**

Dated: July 12, 2005

Respectfully submitted

PAUL NAGY, PRO SE
Plaintiff
Fed.Reg.#37895-054
Federal Medical Center
P.O. Box 1600
Butner, NC 27509-1600

To Mr. Jeff Bromme, Esq. 
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1206

January 20, 2004

Re: No. 03-6736, Nagy v. FMC Butner
CA-02-922-5-BC

Dear Mr Bromme:

This is in reference to our recent conversation (1/12) in regard with my case, in which you told me, among others, that you did not receive my letter of 12/23/03, enclosed with the "agreement letter signed and dated," and have suggested that you are going to send another one, which, of course, you did that I received on 1/15 which I am returning to you now eclosed with this letter.

And as you may recall, at said converastion, I did brief you about the content of that letter that, among others, I would have a much larger case than what you just handling now for me, which is "a multi-million-dollar case for damages" and I would like to see if you would undertake this, too, to which you said about this: "first you would like to see it." So here it is this letter in which I am going to describe it here again since you didn't receive the first one, and it is the following:

On 3/24/82 I did immigrate, by the organization of the Catholic Charities, to this country, the U.S., from a refugee camp of Austria, and then I spoke no English at all. Having been emigrated from Romania in 1981, being a Hungarian Nationality from. And because then Romania was still under the Communism so then my emigration from was "much too tragic that hardly I did survive then because of the persecution and harassment of the government of me there for my repeated requests for a free emigration to the U.S.." And then even "my relatives were being harassed there for me," and etc.

Then the "Romanian tragedy I did survive somehow, including, of course, the 6 months tragedy in the refugee camp thereafter," but in no way I did expect another one here in the U.S., "but, unfortunately, that's what I did get here, too, and even worst," which, of course, later had led to a crime for which I am being held here at this Federal Medical Center as a mentally ill, incompetent, and dangerous person which, of course, "is not true at all because all that had already been fabricated against me initially by the U.S. Government for its own benefits, interests, and convenience because of the nature of my case which is a very political one, and it has been having a lot to cover up already at the beginning of my arrest of 9/7/95, and the followings have been unfolded since then to date:

At my arrival on said date in Chicago, I was greeted by a Romanian priest and a woman from the Cath. Charities of Gary, In., and during our trip to the priest's rectory in East Chicago, In., I was asked, through the priest in romanian (because then I was still speaking in romanian language), by the woman about the nature of my emigration from Romania, which then I did detail like above and more. And after we did arrive to the priest's rectory then I was told by the woman that: "the priest will be your sponsor until I learn the English and get a job." But, of course, it didn't happen in that way, because several days later I was asked by the priest that: "would you like to move to a Hungarian priest who is not far from me, because he is younger than me and has better conditions for you there at his rectory, including learning the English." And then, of course, I did agree with him and had moved to the Hungarina priest, which was about in April of 1982. And soon after I did move to, he was asking me about my emigration from Romania which, of course, I did detail it to because I had nothing to hide. But after I did explain to "my very tragic emigration from Romania and having been expressed the U.S. Government's sympathy for if he did contact t in my behalf, then from then he had become "very suspicious of me and had started to suspect me as a very possible Communist Spy which later down the road had been causing to me only

problems." So instead of having had any benefits from it, as I did think then that it will, "it did fire back to me very tragically from which I am suffering even now the consequences terribly because that had been a reason, among the many others, for being severely harassed wherevere I had been living in the 3 States: In., Ill., and Ny., in between the dates of my immigration and arrest."

Of course, because of the above "I had been massively complaining all over to the: Loco, State, and Federal Governments, not to mention the U.S. Congress (the mass of it) many Attorneys (Privet and Legal Aids, and Legal Services), the Mass Media (numerous Tv. & Radio Stations, and News Papers, and etc.), and not to mention the 4 Presidents of the U.S., from Carter to Cliton before my arrest, and after that one more time to Clinton and later to the present one, Mr. Bush, but, unfortunately, all my complaints were ignored massively by all of the above, etc." So then the even "life threatening harassments" on said date did lead to the crime then which am still facing here.

Of course, then soon after my arrest "I was found mentally ill and incompetent for trial which, of course, was not true at all because both was the U.S. Government's fabrication against me so that it be able to secure my commitment to here, this Medical Center, for its own interests, benefits, and convenience, because then already it had a lot to hide in my case for its political nature and that I was entrapped into the crime."

Since my arrest I was appointed altogether 7 court-appointed attorneys, 5 in the New York courts (where my case had originated), and 2 here in North Carolina where I was committed 2 times indefinitely as a dangerous person "by a terrible fraud, of course." And because all my court-appointed attorneys were not only "ineffective but they all were very corrupt to me," because they all were working for the Government, so then I was compelled to file myself the papers with the courts, altogether 6, of course, including the U.S. Supreme Court, against my fraudulent commitments, having been also used civil rights actions (altogether 9 since my incarceration, including the one you are handling now) as a leverage to cause to collapse the commitment but, unfortunately, nothing has come out from because of the even "overwhelming massive cover up of my case," and besides getting no any relief from none of my filings from no court, the Supreme Court had, by an order dated 5/15/00, barred me for abuse of process which, of course, I considered very corrupt from its part because it, too, among the many others, did encourage the Medical Center to do whatever it wants with me, to even "abuse me," and it has been doing just that now for almost 6 years since my commitment to, "as a result it has been labeled me, among others, as: scum, gay, pervert, nobody, fake, morbid, etc., and having been made malicious suggestions that I should be: medicated (which I was already soon after my first commitment of 9/96), castrated (which also I was from the side-effects of the strong psychotropic medications, but they wanted it surgically, too, just cripple me in retaliation against me for my filings, as they still do want it even now though I am not even anymore sexually active because of the above and that now I am over 57 years of age but they wouldn't care of because of my fights), amputated, shot, suicide (because they wish I did commit it a long time ago so that to be able to completly cover up my case) executed, and etc." And to all this many inmates have been joined, "having been snitched at by many of them, and being lied by many of them that they saw me masturbating which, of course, was, as it still is, being used against me as being a sexual pervert gay, whereas I am no gay and

never was," and as far as "the masturbation concerns they, the staff, at the Center, did intentionally put in my room (a 2-men room) black inmates who were realy masturbating but they were turnig it against me," as they still do it even now currently because I have now, too, a black inmate who has been now my roommate for more than 1 year "though I did make requests to move him out, or to move me in a single room, but they did none of even though I am having a heart-condition which I got it from 2 heart-attacks in 7/01 from the multiple abuses done against me for years, and not to mention the several other health conditions, too, including a brain-aneurysm, kidney, stomach, impotency, and etc." And besides here "has already been several assassination attempts against me several times within 2 years, both by inmates and prison officials, too, for said reasons," and any time "I complained of I used to be told, mainly by my primary doctor (who is a staff psychiatrist here and working for the Government and not for me, of course), that I am delusional and paranoid, so I have no place to turn to for help at all because of the much to massive cover up of my case." having been in an imminent danger here now for years but now currently even much more for said conditions," so "I would need your urgent help and it should be a publicity of this very tragic case-story as urgent as possible before I get even murdered here, now when I am suffering even more than a martyr of martyrs, and it is many times

a miracle of miracles that I am still alive after all that, being compelled to live here with many crooked, corrupt, perverted, rotten, murderous, and even dangerous prison officials and prisoners as a very honest and innocent person which should even be exposed to the whole world because there never ever was a tragedy like this one."

In closing, this would be in a nutshell, but there will be more if you will show interest in it, which I do hope you will and will inform me of soon, or even before that you would rather seek an urgent publicity for for said reasons.

Sincerely,

Paul Nagy
Fed.Reg.#37896-054
Federal Medical Center
P.O. Box 1600
Butner, NC 27509-1600

P.S. I would like to note here that: "because of said mistreatments soon after my immigration to the U.S., it had damaged my careers: because I wanted to work in the U.S. Government, or be an Attorney, or a News Media Reporter or even an Anchorman, or an Opera Singer that Romania had denied to me because of my Nationality." So because of the above "I couldn't develope none of those careers, but what I am surviving here, in both my civil and prison lives, too, because said abuses and tortures here in the U.S., now almost 22 years since my immigration to, it took much more intelligence to survive it than any of those careers would have, so, therefore, I am not a nobody as I am being here, among others, labeled, and, of course, none of the other lables do fit to me either, so just that could make a multi-million-dollar claim against the U.S., you tell me if not!

And one more important thing, which is: "please, anytime you sending me anything in the mail, write on the envelope: Legal Mail, To Be Opened Only In The Presence Of The Inmate." As you did it with your first mail to me but not with the last one. And anytime you do it like that, in order to qualify as a legal mail, it also has to bear your correct name and not only your firm, you can leave the firm out but your name. Thank you for your attention to this matter, too.

Office of Alan Dershowitz
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138

Paul Nagy
Fed. Reg. #37895-054
Federal Mdical Center
POB 1600
Butner, NC 27509-1600

26