```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
---------------------------------X
PAUL NAGY, PRO SE,
                Plaintiff,                  No. _____

           v.                               EMERGENCY MOTION FOR
                                            EXPEDITED RULING
ALAN M. DERSHOWITZ,
                Defendant.                  05-11564-WGY
---------------------------------X
```

Paul Nagy, Pro Se, Plaintiff, hereby respectfully requests that this Court to **Urgently Rule on the enclosed Civil Rights Action under 42 U.S.C. § 1983, because of the Imminent Danger his being continuously subjected to at said Medical Center now for years, having been caused it several health conditions, amongs them: heart, kidney, stomach, etc., which is being even overwhelmingly massively covered up for years by the U.S., and the Defendant, too, which now he, now being over 58 years of age, hardly can survive, just about living, living as a living-dead after the years of Holocaust Type of Tragedy, as it is being detailed therein.**

**WHEREFORE,** the Plaintiff hereby respectfully requests that this Motion **be granted till he is still alive here.**

Dated: July 12, 2005

                                        Respectfully submitted,

                                        _____
                                        PAUL NAGY, PRO SE
                                        Plaintiff
                                        Fed.Reg.#37895-054
                                        Federal Medical Center
                                        P.O. Box 1600
                                        Butner, NC 27509-1600