```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
-----------------------------------X
PAUL NAGY, PRO SE,
                Plaintiff,              No._____

           v.
                                        MOTION TO APPOINT A SPE-
                                        CIAL PROSECUTOR
ALAN M. DERSHOWITZ,
                Defendant.              05-11564WGY
-----------------------------------X
```

    Paul Nagy, Pro Se, Plaintiff, hereby respectfully requests that this Court to **Urgently Appoint a Sepcial Prosecutor to Prosecute his Complaints in regard** with the herein enclosed Civil Rights Action under 42 U.S.C. § 1983 against the Defendant, because of the ongoing Imminent Danger he is facing at said Medical Center therein, the abuses and tortures he is being subjected to (in many forms) there now for more than 7 years since his first commitment to of 9/96, which, together the other subsequent commitments (4), were fraudulent, politically motivated, and because of the even overwhelming massive cover up of his case by the U.S., including the Defendant, too, he did never ever get any relief from no court of the now altogether 8 courts he has been filed papers in regard with, and not to mention the rest, as it is being detailed in said Action, and also a copy of his case-story attached to.

    And he wants to note hereby that he cannot attach a **copy of** his 2 letters (altogether 13 and a half pages) had sent to the Defendant on said dates, because then he couldn't make a copy of because of his indigency (as he is still is even now currently) and he used to have difficulty to get free copies from the Medical Center for the reasons which is being reflected in said Action.

**WHEREFORE,** the Plaintiff hereby respectfully requests that this Motion **be granted as Urgent as possible till his is still alive at said Center.**

Dated: July 12, 2005                                     Respectfully submitted,

                                                         PAUL NAGY, PRO SE
                                                         Plaintiff
                                                         Fed.Reg.#37895-054
                                                         Federal Medical Center
                                                         P.O. Box 1600
                                                         Butner, NC 27509-1600