UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL NAGY,
        Plaintiff,

v.                      Civil Action No.  05-11564-WGY

ALAN M. DERSHOWITZ,
        Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

☒    The complaint be dismissed pursuant to 28 U.S.C. § 1915(e) for the reasons stated in the accompanying memorandum.

SO ORDERED.

 July 28, 2005                /s/ William G. Young
DATE                              WILLIAM G. YOUNG
                                  UNITED STATES CHIEF DISTRICT JUDGE