```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

PAUL NAGY,                      )
        Plaintiff,              )
                                )
        v.                      )   Civil Action No. 05-11564-WGY
                                )
ALAN M. DERSHOWITZ,             )
        Defendant.              )
```

ORDER OF DISMISSAL

In accordance with this Court's orders dated July 28, 2005, it is ORDERED that the within action be and it is hereby dismissed without prejudice pursuant to 28 U.S.C. § 1915(e).

```
                                SARAH ALLISON THORNTON,
                                CLERK OF COURT


Date: 7/28/05                   By s/ Barbara Morse
                                    Deputy Clerk
```