```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
--------------------------------X
PAUL NAGY, PRO SE,
         Plaintiff-Appellant,              No. 05-11564-WGY


              v.                           NOTICE OF APPEAL


ALAN M. DERSHOWITZ,
         Defendant-Appellee.
--------------------------------X
```

PLEASE TAKE NOTICE that Paul Nagy, Pro Se, Plaintiff-Appellant, hereby appeals to the United States Court of Appeals for the First Circuit from an order of the United States District Court for the District of Massachusetts, entered in this action on the 28th day of July, 2005.

Dated: August 4, 2005                      Respectfully submitted,

                                           PAUL NAGY, PRO SE
                                           Plaintiff-Appellant
                                           Fed.Reg. 37895-054
                                           Federal Medical Center
                                           P.O. Box 1600
                                           Butner, NC 27509-1600