UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11564

Paul Nagy

v.

Alan M. Dershowitz

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/8/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 11, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/11/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11564-WGY

| | |
|---|---|
| Nagy v. Dershowitz | Date Filed: 07/18/2005 |
| Assigned to: Chief Judge William G. Young | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

Paul Nagy          represented by **Paul Nagy**
37895-054
Federal Medical Center
P.O. Box 1600
Butner, NC 27509-1600
PRO SE

V.

**Defendant**

**Alan M. Dershowitz**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Paul Nagy.(Jenness, Susan) (Entered: 07/26/2005) |
| 07/18/2005 | 2 | COMPLAINT against Alan M. Dershowitz Filing fee: $ 0.00, receipt number 0.00, filed by Paul Nagy. (Jenness, Susan) (Entered: 07/26/2005) |
| 07/18/2005 | 3 | MOTION to Expedite ruling on motion(Jenness, Susan) (Entered: 07/26/2005) |

| 07/18/2005 | 4 | MOTION to Appoint Special Process Server by Paul Nagy.(Jenness, Susan) (Entered: 07/26/2005) |
|---|---|---|
| 07/18/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 07/26/2005) |
| 07/28/2005 | 5 | Judge William G. Young : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. It is further ORDERED that the complaint be dismissed pursuant to 28 U.S.C. section 1915(e) for the reasons stated in the accompanying memorandum. (PSSA4, ) (Entered: 07/28/2005) |
| 07/28/2005 | 6 | Judge William G. Young : MEMORANDUM AND ORDER entered denying 3 Motion to Expedite, denying 4 Motion to Appoint Special Process Server. IT IS FURTHER ORDERED that this action be dismissed without prejudice. (PSSA4, ) (Entered: 07/28/2005) |
| 07/28/2005 | 7 | Judge William G. Young : ORDER entered. ORDER DISMISSING CASE without prejudice in accordance with this Court's orders dated July 28, 2005. (PSSA4, ) (Entered: 07/28/2005) |
| 08/08/2005 | 8 | NOTICE OF APPEAL as to 7 Order Dismissing Case by Paul Nagy. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/29/2005. cc/cl.(Bell, Marie) (Entered: 08/09/2005) |