To Ms. B. Morse, Deputy Clerk
U.S. District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

August 13, 2005

Re: Nagy v. Dershowitz
No.05-11564-WGY

Dear Ms. Morse:

I have just received your letter dated 8/10/05, therein you are writing that the Court received my Notice of Apeal, but you didn't write if it was processed by you and then forwarded it to the Court of Appeals, instead you, among others, are writing about me seeking information from you about the filing fee for my appeal, and also about my complaint concerning the handling of my legal mail at FMC Butner. And now I am hereby answering to you to tell you that you have "misunderstood my letter" because first of all I did not ask in there about the cost of the filing fee, etc., instead I did ask about your court's rule as to whether you, like the 2 other district courts (SDNY & EDNC) I have been doing legal business now for years with are proceeding in the same way with the appeals like them, therein giving you an example that, for instance, at any time I have been sending Notices of Appeals to they used to forwarded them, of course, together with the record of my case, to the Court of Appeals, and thereafter said courts were sending me their forms of in forma pauperis to fill them out and then return them to, because I had no money to pay for the dockeing fee then as I don't have it now either. But not all the district courts do like that, because for instance, now not long ago, the District of Columbia Court's Clerk had returned my Notice of Appeal with a note that "no fee paid," so then after that I had sent an Application to Proceed Without Prepayment of Fees and Affidavit, with a Certified Copy of My Trust Fund Account attached to and then returned to. And to avoid the filing of a request for said Account with the business office here and then to wait a week or even more for, so then that's why I have asked you about your court's rule in regard with, and not about the filing fee and nor as to how to file for in forma pauperis proceedings because I knew all that. And second, I didn't ask you either as to how to file a complaint here in regard with the mishandling of my mail here, but instead, I did even "emphasis that at any time you sending me anything in the mail then please write on the en-

-over, please-

velope that: Special or Legal Mail To Be Opened Only In The Presence Of Inmate." Because only then it does qualify for "Legal or Special Mail" which has to be opened only in my presence, but if they do open it without my presence then I can file a complaint against them here but not otherwise, if it is not marked like that which, of course, is up to you, or as for that matter up to any other Clerk,

and I don't know if I could have a case against you if you don't mark like that. May be Mr.Dershowitz would be able to answer to that one, provided if I could call him!

THANK YOU FOR YOUR ATTENTION TO THIS MATTER I HOPE THAT YOU WILL UNDERSTAND ME FROM THIS LETTER, AND I AM WRITING TO YOU NOW HERE BECAUSE I AM STILL ALIVE HERE BY MANY TIMES MUCH MORE MIRACLE OF MIRACLES THAN WHEN I HAD SENT TO YOU MY LETTER, NOT TO MENTION MY COMPLAINT AGAINST DERSHOWITZ THE DENIAL OF WHICH COULD VERY WELL HAVE CAUSED MY DEATH HERE, BE IT BY ASSASSINATION OR OTHERWISE, FOR THE DETAILED REASONS THEREIN WHICH OF COURSE WAS DELIBERATELY IGNORED BY THE COURT THAT'S WHY I HAD TO APPEAL IT AND HOPE THAT IT WAS ALREADY PROCESSED.

SINCERELY,

PAUL NAGY
FED REG # 57915
FMC-BUTNER