


**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

August 22, 2005

Mr. Paul Nagy
Reg. No. 37895-054
F.M.C. Butner
Post Office Box 1600
Butner, NC 27509-1600

Dear Mr. Nagy:

I am in receipt of your letter dated August 13, 2005 stating
that you received my letter dated August 10, 2005.

As you can see from the attached docket sheet, your Notice of
Appeal in <u>Nagy v. Dershowitz</u>, C.A. No. 05-11564-WGY was filed on
August 8, 2005.  The record has been forwarded to the Court of
Appeals for the First Circuit where it has been assigned No. 05-
2223.

As an employee of the Court, I am prohibited from providing
legal advice on how to proceed with lawsuits.  In response to
your question concerning the filing fee for your appeal, I can
direct you to (1) 28 U.S.C. § 1915 (proceedings in forma
pauperis); and (2) Rule 24 of the Federal Rules of Appellate
Procedure (proceeding in forma pauperis).

As to the concerns you expressed about your legal mail, I am
mailing this letter to you in an envelope that has the return
address for the United States District Court.  This is the
envelope that is used to mail documents, irregardless of whether
the addressee is incarcerated.

I hope this letter addresses your concerns.

Sincerely,

<u>/s/ Barbara Morse</u>
Barbara Morse
Pro Se Office