To Ms. B. Morse, Deputy Clerk
U.S. District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

August 17, 2005

Re: Nagy v. Dershowitz
No.05-11564-WGY

Dear Ms. Morse:

I hope that you have received my recent letter dated 8/13 related it to your letter dated 8/10, therein being mentioned the in forma pauperis filing, too, in regard with my appeal. And because, at the mean time, on 8/16, I have received a docketing letter from the Court of Appeals' Clerk in regard with, and therein directing me to either pay the filing fee or file a motion seeking in forma pauperis status in the District Court within 14 days of the date of said letter. So now please find herein enclosed my Application to Proceed Without Prepayment of Fees and Affidavit, attached to a Certified Copy of my Trust Fund Account. Thank you for your attention.

Sincerely,

Paul Nagy, Pro Se
Plaintiff-Appellant
Fed.Reg. 37895-054
Federal Medical Center
P.O. Box 1600
Butner, NC 27509-1600