05-11564
USDC / MA
Young, W.

# United States Court of Appeals
## For the First Circuit

No. 05-2223

# MANDATE

PAUL NAGY,

Plaintiff, Appellant,

v.

ALAN M. DERSHOWITZ,

Defendant, Appellee.

Before

Selya, Lynch and Howard,
<u>Circuit Judges</u>.

CORRECTED
JUDGMENT
Entered: September 15, 2005

Appellant's request for appointment of counsel and a special prosecutor are denied, and the judgment of dismissal is summarily affirmed for the reasons stated in the district court's July 28, 2005 memorandum and order.

<u>Dismissed</u>.

By the Court:
Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Kretos*
Deputy Clerk

Date: 10/6/05

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[cc: Paul Nagy]